IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEITH W. CANDLER,

        Plaintiff,

  v.

M.S. EVANS, et al.,

        Defendants.
                                        /

No. CV-05-4108 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

**( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

1. Defendants Hughes, O'Kane, Lewis, Wilson and Ayaay's motion for summary judgment is hereby GRANTED.

2. Defendant McAnelly's motion to dismiss for failure to exhaust administrative remedies is hereby GRANTED.

3. Plaintiff's motion for reconsideration, construed as a motion to file a supplemental opposition to defendant McAnelly's motion to dismiss is hereby DENIED.

Dated: March 31, 2008

Richard W. Wieking, Clerk

By: Tracy Lucero
Deputy Clerk